## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ISABEL CABALLERO** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:19cv305-HSO-JCG** |
| | § | |
| | § | |
| **BP AMERICA PRODUCTION** | § | |
| **COMPANY and BP EXPLORATION** | § | |
| **& PRODUCTION, INC.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

In accord with the Order entered May 14, 2020, all claims asserted by Plaintiff Isabel Caballero against Defendants BP America Production Company and BP Exploration & Production, Inc. will be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2020.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE